**IN THE UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| REPUBLIC-VANGUARD INSURANCE COMPANY,<br>             Plaintiff,<br>v.<br><br>NIGHT AND DAY REMODELING, LLC d/b/a ABC ROOFING AND EXTERIORS,<br>             Defendant. | Case No. 2:20-cv-02105 |

**NOTICE OF DISMISSAL OF REQUESTS FOR DECLARATORY JUDGMENT AGAINST NIGHT AND DAY REMODELING, LLC**

NOW COMES Plaintiff/Counter-Defendant Republic-Vanguard Insurance Company ("Republic-Vanguard") and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and all other applicable rules, hereby DISMISSES this matter as against Defendant Night and Day Remodeling, LLC ("Night and Day") with prejudice. This dismissal is appropriate pursuant to said rule and without court order because it is being filed before Night and Day has served an answer or a motion for summary judgment.

Dated: May 19, 2021          Respectfully submitted,

By: ___/s/ Bruce A. Moothart_____
Bruce A. Moothart     KS Bar #17263
SEYFERTH BLUMENTHAL & HARRIS LLC
4801 Main Street, Suite 310
Kansas City, MO  64112
Telephone: 816-756-0700
Facsimile:  816-756-3700
Email: Bruce@sbhlaw.com

Rostyslaw J. Smyk (Admitted pro hac vice)
RUBERRY, STALMACK & GARVEY, LLC
10 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
Telephone:  312-466-8050
Facsimile:  312-466-8055
ross.smyk@ruberry-law.com
**Attorneys for Republic-Vanguard Insurance Company**